**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Tyrone Robinson and Mollie Robinson, individually and as natural guardians of Tyshawn Robinson and Sakira Robinson,**

**Plaintiffs,**

**v.**

**City of Minneapolis, Dale Burns, John Does and Jane Does,**

**Defendants.**

**Civil No. 01-2316 DWF/SRN**

**PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. **Discovery shall be commenced in time to be completed by October 1, 2002.**

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before March 15, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and ull disclosure of expert testimony, required by Rule 26(a)(2)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before July 1, 2002.

   b. By Defendant(s) on or before August 1, 2002.

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

5. No more than 50 requests for documents shall be served by any party.

6. No more than 25 requests for admissions shall be serve by any party.

7. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 6 expert depositions.

8. No more than 4 Rule 35 examinations shall be taken. Those examinations shall be taken on or before October 1, 2002.

**Non-Dispositive Motions**

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by June 3, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

**Dispositive Motions**

1. All dispositive motions shall be served and filed by January 2, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

**Trial**

This case shall be ready for trial **(JURY)**on March 1, 2003, or upon resolution of

any pending dispositive motions. Anticipated length of trial is 4 days.

Dated: February 28, 2002

Susan Richard Nelson
United States Magistrate Judge