**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Tyrone Robinson and Mollie Robinson individually and as natural guardians of Tyshawn Robinson and Sakira Robinson,**

**Plaintiffs,**

**vs.**

**City of Minneapolis, Dale Burns, John Does and Jane Does,**

**Defendants.**

**Case Type: Personal Injury**
**Court File No.: 01-2316 DWF/SRN**

**AMENDED PRETRIAL SCHEDULING ORDER**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court as amended effective November 1, 1996, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

**Discovery Plan**

1. Discovery shall be commenced in time to be completed by October 1, 2002.

2. All initial disclosures required by Rule 26(a)(1) shall be completed on or before March 15, 2002.

3. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) and all disclosure of expert testimony, required by Rule 26(a)(B), accompanied by the written report prepared and signed by the expert witness, shall be made as follows:

   a. By Plaintiff(s) on or before August 1, 2002.

   b. By Defendant(s) on or before October 1, 2002.

4. No more than 50 interrogatories [counted in accordance with Fed. R. Civ. P. 33(a)] shall be served by any party.

JUN 1 8 2002
FILED ________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

5. No more than 50 requests for documents shall be served by any party.

6. No more than 25 requests for admissions shall be served by any party.

7. No more than 10 depositions, excluding expert witness depositions, shall be taken by any party. Each party shall take no more than 6 expert depositions.

8. No more than 4 Rule 35 examinations shall be taken. Those examinations shall be taken on or before October 1, 2002.

Non-Dispositive Motions

(Non-dispositive motions may be scheduled for hearing by calling Beverly Riches, Calendar Clerk, 651-848-1200.)

1. All motions which seek to amend the pleadings or add parties must be served by June 3, 2002. This deadline does not apply to motions which seek to amend the complaint to add a claim for punitive damages. Such motions must be brought on or before the non-dispositive motion deadline.

2. All other non-dispositive motions and supporting documents, including those which relate to discovery, shall be served and filed by October 15, 2002.

3. All non-dispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1, and 37.2.

Dispositive Motions

1. All dispositive motions shall be served and filed by January 2, 2003. (Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Lowell Lindquist, 651-848-1296.)

2. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1.

Trial

This case shall be ready for trial (JURY) on March 1, 2003, or upon resolution of any pending dispositive motions. Anticipated length of trial is 4 days.

Dated:

Susan Richard Nelson
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Tyrone Robinson and Mollie Robinson individually and as natural guardians of Tyshawn Robinson and Sakira Robinson,**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a municipal corporation, Dale Burns individually and as agent and employee of the City of Minneapolis, and John Does and Jane Does, individually and as agents and employees of the City of Minneapolis,**

**Defendants.**

**Case Type: Personal Injury**
**Court File No.: 01-CV-2316 DWF/SRN**

**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER**

---

The parties to this action, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. The parties stipulate and agree that extension of the deadlines in the Pretrial Scheduling Order for disclosure of experts and expert reports is necessary to ensure that they have a fair and adequate opportunity to conduct discovery, retain experts, schedule IMEs, and obtain expert reports.

2. The parties stipulate to an amendment of the deadlines in the Pretrial Scheduling Order, as set forth in the proposed Amended Pretrial Scheduling Order attached hereto.

Dated: 6/13/02

Keith D. Johnson
Attorney Reg. No. 51226
Attorneys for Plaintiffs
Wold, Jacobs & Johnson, P.A.
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

Dated: 6/13/02

JAY M. HEFFERN
City Attorney
Attorney Reg. No. 4331X
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for Defendants
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

01L-0440