**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Tyrone Robinson and Mollie Robinson individually and as natural guardians of Tyshawn Robinson and Sakira Glass,**

**Plaintiffs,**

vs.

**City of Minneapolis, a municipal corporation, Johnny Mercil, Charles Greaves, Travis Koenig, and Dale Burns, individually and as agents and employees of the City of Minneapolis, and John Does and Jane Does, individually and as agents and employees of the City of Minneapolis,**

**Defendants.**

**Case Type: Personal Injury**
**Court File No.: 01-2316 DWF/SRN**

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

Plaintiff's action having been fully settled, it is hereby stipulated by the parties hereto, through their respective undersigned attorneys, that the same may be and it hereby is dismissed with prejudice, but without further costs to any of the parties, and the Clerk of Court, upon the filing of this Stipulation, is hereby authorized and directed to so dismiss said action of record.

Dated: 1/22/03

KEITH D. JOHNSON, P.L.L.C.

KEITH D. JOHNSON (#51226)
Attorney for Plaintiffs
Barristers Trust Building
247 Third Avenue South
Minneapolis, MN 55415
(612) 341-2525

Dated: January 21, 2003

JAY M. HEFFERN
City Attorney
Attorney Reg. No. 4331X
By

SCOTT REEVES
Assistant City Attorney
Attorney Reg. No. 90128
Attorneys for Defendants
333 South Seventh Street, Suite 300
Minneapolis, MN 55402-2453
(612) 673-2066

01L-0440

FILED JAN 23 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**Tyrone Robinson and Mollie Robinson individually and as natural guardians of Tyshawn Robinson and Sakira Glass,**

**Plaintiffs,**

**vs.**

**City of Minneapolis, a municipal corporation, Johnny Mercil, Charles Greaves, Travis Koenig, and Dale Burns, individually and as agents and employees of the City of Minneapolis, and John Does and Jane Does, individually and as agents and employees of the City of Minneapolis,**

**Defendants.**

**Case Type: Personal Injury**
**Court File No.: 01-2316 DWF/SRN**

**ORDER FOR DISMISSAL**

---

Pursuant to the parties' Stipulation for Dismissal with Prejudice, this action is hereby dismissed with prejudice, without further costs to any of the parties.

BY THE COURT

Dated: 1/23/03

Donovan W. Frank
United States District Judge

01L-0440



FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK