**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

-----------------------------------------------------------

Civil No. 01-2316 DWF/SRN

Tyrone Robinson and Mollie Robinson,
individually and as natural guardians of
Tyshawn Robinson and Sakira Glass,

Plaintiffs,

vs.

**ORDER APPROVING SETTLEMENT AND DISTRIBUTION OF PROCEEDS**

City of Minneapolis, a municipal corporation
Johnny Mercil, Charles Greaves,
Travis Koenig and Dale Burns, individually
and as agents and employees of the
City of Minneapolis, and John Does and
Jane Does, individually and as agents and
employees of the City of Minneapolis,

Defendants.

-----------------------------------------------------------

The above entitled matter came on for hearing before the undersigned at the United States District Court for the District of Minnesota, 316 North Robert Street, St. Paul, Minnesota 55101 on the petition of Tyrone Robinson and Mollie Robinson. Petitioner Mollie Robinson is the parent and natural mother of Sakira Glass and Tyshawn Robinson, minors. Petitioner Tyrone Robinson is the parent and natural guardian of Tyshawn Robinson. Petitioners, the minor children, Tyshawn Robinson and Sakira Glass, and their attorney, Keith D. Johnson, 247 Third Avenue South, Minneapolis, Minnesota 55415 appeared before the undersigned on January 21, 2003. No one else appeared in connection therewith.

Based upon the foregoing petition, the testimony adduced at said hearing, and the court having been fully advised in the premises, it is hereby ordered:

FILED JAN 21 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

1. That petitioners, as parents and natural guardians of Sakira Glass, a minor, and Tyshawn Robinson, a minor, accept the sum of $1000.00 for each of the minors Sakira Glass and Tyshawn Robinson as and for settlement of each of the respective minor's claims against defendants as a result of the November 21, 2000 occurrence.

2. That the court believes that said settlement is fair and reasonable.

3. That the settlement of this claim is hereby approved, and it is ordered that the $1000.00 settlement proceeds for each of the minors shall be deposited directly with Twin City Federal into Certificate of Deposit accounts or other FDIC insured deposit.

4. That the deposit book or other deposit document be issued in the name of the respective minors.

5. That the deposit book or other deposit document be transmitted by Twin City Federal to the Clerk of Court for the United States District Court for the District of Minnesota, 316 North Robert Street, Suite 700, St. Paul, Minnesota 55101 for safe keeping within five days after receipt of the deposit.

6. That Twin City Federal shall not make any disbursement from the deposit except as set forth herein below.

7. That a copy of this court's Order shall be delivered to Twin City Federal by the petitioners with the remittance for deposit.

8. That the deposit for Sakira Glass shall remain with Twin City Federal until July 10, 2006, at which time the minor shall reach the age of majority. Time deposits shall be established with a maturity date on or before that date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of the majority. On the date of majority, Twin City Federal is hereby authorized to release the funds to Sakira

Glass upon presentation of the deposit book or other deposit document that has been obtained from the Clerk of Court for the United States District Court for the District of Minnesota, without further order of this court.

9. That the deposit for Tyshawn Robinson shall remain with Twin City Federal until March 25, 2012, at which time the minor shall reach the age of majority. Time deposits shall be established with a maturity date on or before that date. If automatically renewing instruments of deposit are used, the final renewal period shall be limited to the date of the age of the majority. On the date of majority, Twin City Federal is hereby authorized to release the funds to Tyshawn Robinson upon presentation of the deposit book or other deposit document that has been obtained from the Clerk of Court for the United States District Court for the District of Minnesota, without further order of this court.

10. That the petitioners shall, at the time of depositing, supply their financial institution with a social security number for each minor.

11. That the petitioners shall be ordered to file or caused to be filed timely State and Federal income tax returns on behalf of the minors as appropriate.

12. That defendants are entitled to receive an appropriate release as agreed between the parties when payments ordered herein have been made.

Dated: 1/21/03

Donovan W. Frank
Judge of United States District Court